United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALI W. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CONWAY, et al.,<br><br>    Defendants. | Case No. 19-cv-03988-EMC<br><br>**ORDER FOR SERVICE OF PROCESS VIA E-SERVICE** |

On September 18, 2020, the Court ordered the clerk to prepare summonses and for the U.S. Marshal to serve process on five defendants who work at Salinas Valley State Prison. Docket No. 16. It is unclear from the docket whether the summonses were prepared and/or whether the Marshal ever received the documents to serve process. It is, however, clear that no Defendant has filed anything suggesting service of process has been accomplished. The Court now will use the new E-service program at the California Department of Corrections and Rehabilitation to serve the five Defendants. Accordingly,

1. The following Defendants shall be served, all of whom apparently work at Salinas Valley State Prison:

- B. Mustafa (supervising correctional cook)
- R. Conway (food manager)
- J. Castillo (assistant correctional food manager)
- Carole Hernandez (community resource manager)
- T. Foss (warden)

2. Service on the listed Defendant shall proceed under the California Department of Corrections and Rehabilitation's (CDCR) e-service program for civil rights cases from prisoners in CDCR custody. In accordance with the program, the clerk is directed to serve on CDCR via

email the following documents: the operative amended complaint (Docket No. 12), the order of service (Docket No. 16), this order, a CDCR Report of E-Service Waiver form and a summons. The clerk also shall serve a copy of this order on the plaintiff.

3. No later than 40 days after service of this order via email on CDCR, CDCR shall provide the court a completed CDCR Report of E-Service Waiver advising the court which defendant(s) listed in this order will be waiving service of process without the need for service by the United States Marshal Service (USMS) and which defendant(s) decline to waive service or could not be reached. CDCR also shall provide a copy of the CDCR Report of E-Service Waiver to the California Attorney General's Office which, within 21 days, shall file with the court a waiver of service of process for the defendant(s) who are waiving service.

4. Upon receipt of the CDCR Report of E-Service Waiver, the clerk shall prepare for each defendant who has not waived service according to the CDCR Report of E-Service Waiver a USM-205 Form. The clerk shall provide to the USMS the completed USM-205 forms and copies of this order, the summons and the operative complaint for service upon each defendant who has not waived service. The clerk also shall provide to the USMS a copy of the CDCR Report of E-Service Waiver.

5. The Court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **June 25, 2021.** Plaintiff must file and serve his opposition to the motion no later than **July 23, 2021**. Defendants must file and serve their reply, if any, no later than **August 6, 2021**.

**IT IS SO ORDERED**.

Dated: March 23, 2021

_____
EDWARD M. CHEN
United States District Judge

2